# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | <u>**3:20-cr-00472-MO**</u> |
| v. | **INFORMATION** |
| **DEVANTE JACKSON,** | **18 U.S.C. § 401** |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Criminal Contempt)**
**(18 U.S.C. § 401)**

On or about October 1, 2020, in the District of Oregon, defendant **DEVANTE JACKSON**, having been ordered by the Court to testify in United States District Court Case Number 3:19-cr-0009-MO, <u>United States vs. Odell Tony Adams</u>, and having intentionally, refused to comply with that order and in so doing defendant's conduct resulted in an obstruction of justice,

In violation of Title 18, United States Code, Section 401.

Dated: October 2, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BILLY J. WILLIAMS
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　<u>/s/ Paul T. Maloney</u>
　　　　　　　　　　　　　　　　　　　　PAUL T. MALONEY, OSB #013366
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney